IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHERYL WHITE, On Behalf of Herself and All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>MANDIANT, INC., et al.,<br>Defendants. | No: 1:22-cv-00515-MSN-JFA |

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 19) under Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing just and proper to do so, it is hereby

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 19) is **GRANTED**; it is further

**ORDERED** that this action with respect to Plaintiff's claims is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this action with respect to any claims asserted by a purported class is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
December 7, 2022